UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANNIE M. HESTER,

    Plaintiff,

v.                                    Case No. 12-51523

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                            /

## ORDER DENYING PLAINTIFF'S REQUEST
## FOR PERMISSION TO FILE COMPLAINT

On September 2, 2009, Judge Ludington barred Plaintiff from filing any further actions against the Commissioner of Social Security in the Eastern District of Michigan unless she receives written permission from the court. (Order, No. 08-14575, Dkt. # 15.) Plaintiff had already filed three actions against the Commissioner, and Judge Ludington explained that the court lacked subject matter jurisdiction over such claims. Plaintiff sought leave to file a complaint against the Commissioner on August 17, 2012. Chief Judge Rosen denied permission to file the complaint, finding that Plaintiff did not provide a basis for bringing a new suit against the Commissioner that seeks to relitigate already decided issues. (Order, No. 12-51140, Dkt. # 4.)

On November 19, 2012, Plaintiff again sought leave to file a complaint against the Commissioner. The complaint, similar to the one Chief Judge Rosen reviewed, lists general grievances about the rulings in her past suits against the Commissioner. Plaintiff does not offer a sufficient reason for the court to grant her permission to file yet another complaint against the Commissioner. Accordingly,

IT IS ORDERED that Plaintiff's November 19, 2012 request for permission to file suit against the Commissioner of Social Security [Dkt. # 1] is DENIED.

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  December 28, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 28, 2012, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522